1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-09-526 SBA
                                       )
14              Plaintiff,             )   STIPULATION AND ORDER TO
                                       )   CONTINUE STATUS CONFERENCE
15         v.                          )   AND EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
16 GUILLERMO ANTONIO                   )
   VILLAVICENCIO ,                     )
17                                     )
                Defendant.              )
18 _____)

19
          IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20
   attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the status
21
   hearing presently set for October 6, 2009, be continued to October 27, 2009 at 9:00 a.m.  The
22
   request for a continuance is due to government counsel's need to appear for a three-week jury
23
   trial beginning September 28, 2009.  In addition, defense counsel is conducting additional
24
   investigation concerning the nature of the defendant's prior felony conviction, which could
25
   impact the Guidelines calculation.  The parties agree that the delay is not attributable to lack of
26
   diligent preparation on the part of the attorney for the government or defense counsel.  For these
27
   reasons, the parties request that time under the Speedy Trial Act be excluded based on the
28
   government's need for reasonable time necessary for effective preparation, taking into account

the exercise of due diligence.  The parties agree that the waiver covers all time between October 6, 2009 and October 27, 2009.

IT IS SO STIPULATED:

Dated: September 28, 2009                             /S/
                                                            JOYCE LEAVITT
                                                            *Attorney for Villavencencio*

Dated: September 28, 2009                             /S/
                                                            JOSHUA HILL
                                                            Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for October 6, 2009 is hereby rescheduled for October 27, 2009 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between October 6, 2009 and October 27, 2009 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 6, 2009 and October 27, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between October 6, 2009 and October 27, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: September 29, 2009                    *Saundra B Armstrong*
                                                      HONORABLE SAUNDRA B. ARMSTRONG
                                                      United States District Court Judge