JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:      Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-526 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| GUILLERMO ANTONIO VILLAVICENCIO , | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the status hearing presently set for January 12, 2010, be continued to February 2, 2010 at 9:00 a.m.  The request for a continuance is due to government counsel's need to appear for a one-week jury trial beginning January 11, 2010.  In addition, defense counsel is conducting additional investigation concerning the nature of the defendant's prior felony conviction, which could impact the Guidelines calculation.  Defense counsel is also exploring grounds for a possible motion.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on both counsels' need for reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between January 12, 2010 and February 2, 2010.

IT IS SO STIPULATED:

Dated: January 6, 2010                                        /S/
                                                                    JOYCE LEAVITT
                                                                    *Attorney for Villavencencio*

Dated: January 6, 2010                                        /S/
                                                                    JOSHUA HILL
                                                                    Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for January 12, 2010 is hereby rescheduled for February 2, 2010 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 12, 2010 and February 2, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 12, 2010 and February 2, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between January 12, 2010 and February 2, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 11, 2010                            _/s/ Saundra B Armstrong_
                                                                    HONORABLE SAUNDRA B. ARMSTRONG
                                                                    United States District Court Judge