```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340-S
 6       Oakland, California 94612
         Telephone:  (510) 637-3740
 7       Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-09-526 SBA |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| v. | ) AND EXCLUDE TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| GUILLERMO ANTONIO VILLAVICENCIO , | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the change of plea hearing presently set for March 30, 2010, be continued to April 13, 2010 at 9:00 a.m. The request for a continuance is due to government counsel's travel out of state during the week of March 29, 2010. In addition, defense counsel is conducting additional investigation concerning the nature of the defendant's prior felony conviction, which could impact the Guidelines calculation. Defense counsel is also exploring grounds for a possible pre-trial motion. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties request that time

Stip. and [Proposed] Order
CR-09-526 SBA

under the Speedy Trial Act be excluded based on both counsels' need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between March 30, 2010 and April 13, 2010.

IT IS SO STIPULATED:

Dated: March 22, 2010

/S/
JOYCE LEAVITT
*Attorney for Villavencencio*

Dated: March 22, 2010

/S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for March 30, 2010 is hereby rescheduled for April 13, 2010 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between March 30, 2010 and April 13, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 30, 2010 and April 13, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between March 30, 2010 and April 13, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 23, 2010

*[signature]*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge