BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant VILLAVICENCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUILLERMO ANTONIO VILLAVICENCIO,<br><br>Defendant. | No. CR 09-00526 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference currently scheduled for June 8, 2010, at 9:00 a.m. be continued to June 29, 2010 at 9:00 a.m. The reason for the continuance is that attorney for defendant is unavailable to meet with defendant prior to the hearing to discuss status of the case. In addition, the continuance will allow defense counsel adequate time to investigate defendant's prior felony conviction, as well as exploring grounds for a possible pre-trial motion.

The parties further stipulate that the time from the date of this stipulation, to June 29, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

*U.S. v. Villavicencio*, CR 09-00526 SBA
Stipulation and [Proposed] Order               1

DATED: June 3, 2010          /S/
                             JOYCE LEAVITT
                             Assistant Federal Public Defender

DATED: June 3, 2010          /S/
                             JOSHUA HILL
                             Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for June 8, 2010 at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be continued to June 29, 2010 at 9:00 a.m., before the Honorable Saundra Brown Armstrong.

IT IS FURTHER ORDERED that the time from the date of this Order to June 29, 2010 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 6/4/10                _____
                             SAUNDRA BROWN ARMSTRONG
                             United States District Judge