1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:      Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-09-526 SBA
                                       )
14              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO CONTINUE STATUS
15      v.                             )   CONFERENCE AND EXCLUDE TIME
                                       )   UNDER THE SPEEDY TRIAL ACT
16  GUILLERMO ANTONIO                  )
    VILLAVICENCIO ,                    )
17                                     )
                Defendant.             )
18  _____ )

19
          IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20
    attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the status
21
    hearing presently set for September 21, 2010, be continued to December 7, 2010 at 9:00 a.m. for
22
    change of plea or trial setting.  Defense counsel is conducting additional investigation
23
    concerning the validity of the defendant's prior felony conviction.  Defense counsel is also
24
    exploring grounds for a possible pre-trial motion.  The parties agree that the delay is not
25
    attributable to lack of diligent preparation on the part of the attorney for the government or
26
    defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be
27
    excluded based on both counsels' need for reasonable time necessary for effective preparation,
28

taking into account the exercise of due diligence.  The parties agree that the waiver covers all

time between September 21, 2010 and December 7, 2010.

IT IS SO STIPULATED:

Dated: September 21, 2010                                   _____/S/_____

                                                           JOYCE LEAVITT
                                                           *Attorney for Villavencencio*


Dated: September 21, 2010                                   _____/S/_____

                                                           JOSHUA HILL
                                                           Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

matter now scheduled for September 21, 2010 is hereby rescheduled for December 7, 2010 at

9:00 a.m. for change of plea or trial setting.  Based upon the representation of counsel and for

good cause shown, the Court also finds that failing to exclude the time between September 21,

2010 and December 7, 2010 would unreasonably deny the government and the defense the

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The Court further finds that the ends of

justice served by excluding the time between September 21, 2010 and December 7, 2010 from

computation under the Speedy Trial Act outweigh the best interests of the public and the

defendant in a speedy trial.  Therefore, it is hereby ordered that the time between September 21,

2010 and December 7, 2010 shall be excluded from computation under the Speedy Trial Act.  18

U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


DATED: September 22, 2010                    _____

                                             HONORABLE SAUNDRA B. ARMSTRONG
                                             United States District Court Judge