MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:    Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0526 SBA |
|     Plaintiff, ) | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v. ) | |
| GUILLERMO ANTONIO VILLAVICENCIO, ) | |
|     Defendant. ) | |

    The parties appeared for a status conference on December 7, 2010.  The matter was continued to December 14, 2010 for further status.  Defense counsel continues efforts to research and investigate any possible collateral consequences resulting from the defendant's underlying aggravated felony.  Accordingly, defense counsel requires additional time to consult with counsel in Maryland.  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 7, 2010 and December 14, 2010 would unreasonably deny the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

ORDER TO EXCLUDE TIME
No. CR-09-0526 SBA

1  between December 7, 2010 and December 14, 2010 from computation under the Speedy Trial
2  Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is
3  hereby ordered that the time between December 7, 2010 and December 14, 2010 shall be
4  excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and
5  (B)(iv).

7  DATED: December  8 , 2010

   HONORABLE DONNA M. RYU
8  United States Magistrate Judge