1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:      Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )   No. CR-09-526 SBA
                                         )
14          Plaintiff,                   )   STIPULATION AND ORDER TO
                                         )   VACATE MOTION HEARING DATE,
15      v.                               )   SET FOR STATUS CONFERENCE, AND
                                         )   EXCLUDE TIME UNDER THE SPEEDY
16  GUILLERMO ANTONIO                    )   TRIAL ACT
    VILLAVICENCIO ,                      )
17                                       )
            Defendant.                   )
18  _____)

19

20
        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
21
    attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the motion
22
    hearing presently set for March 15, 2011, be vacated, and the matter be set for a status
23
    conference on February 9, 2011 at 9:30 a.m.  Defense counsel is conducting additional
24
    investigation concerning the validity of the defendant's prior felony conviction.  Defense counsel
25
    is also consulting with an immigration attorney.  The parties agree that the delay is not
26
    attributable to lack of diligent preparation on the part of the attorney for the government or
27
    defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be
28

Stip. and Order
CR-09-526 SBA

excluded based on defendant's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the waiver covers all time between the date of this Stipulation and February 9, 2011.

IT IS SO STIPULATED:

Dated: January 25, 2011                                        /S/
                                                          JOYCE LEAVITT
                                                          *Attorney for Villavencencio*

Dated: January 25, 2011                                        /S/
                                                          JOSHUA HILL
                                                          Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the motion hearing presently set for March 15, 2011, is vacated, and the matter is set for a status conference on February 9, 2011 at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 25, 2011 and February 9, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 25, 2011 and February 9, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time January 25, 2011 and February 9, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 26, 2011                                    _____
                                                          HONORABLE DONNA M. RYU
                                                          United States Magistrate Court Judge