MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:   (510) 637-3724
    E-Mail:       Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-09-526 SBA |
|         Plaintiff,  ) | |
|         v.  ) | STIPULATION AND [PROPOSED] ORDER TO VACATE MOTION HEARING DATE, SET FOR STATUS CONFERENCE, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| GUILLERMO ANTONIO VILLAVICENCIO,  ) | |
|         Defendant.  ) | |

      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the change of plea hearing presently set for March 8, 2011, be continued to March 31, 2011 at 10:00 a.m.  The reason for the continuance is that government counsel is scheduled to be in trial during the week of March 7, 2011.  Moreover, defense counsel may have trial obligations during the week of March 14, 2011.  The requested date of March 31, 2011 is the Court's first available time thereafter.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties

Stip. and [Proposed] Order
CR-09-526 SBA

request that time under the Speedy Trial Act be excluded based on the parties' need for continuity of counsel. The parties agree that the waiver covers all time between the date of this Stipulation and March 31, 2011.

IT IS SO STIPULATED:

Dated: February 22, 2011 /S/
JOYCE LEAVITT
*Attorney for Villavencencio*

Dated: February 22, 2011 /S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the change of plea hearing presently set for March 8, 2011, is continued to **March 31, 2011 at 10:00 a.m.** Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between February 22, 2011, and March 31, 2011 would unreasonably deny the parties continuity of counsel and that additional time is necessary for the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). The Court further finds that the ends of justice served by excluding the time between February 22, 2011 and March 31, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time February 22, 2011 and March 31, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: February 24, 2011 *Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge