1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant GUILLERMO VILLAVICENCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-00526 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING REPLY DATE |
| | ) | |
| | ) | |
| GUILLERMO VILLAVICENCIO, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant Guillermo Villavicencio's reply brief in support of motion to dismiss evidence ["Motion"], currently due to be filed on May 17, 2011 may be filed no later than May 18, 2011. The hearing on the Motion will remain on Tuesday, June 7, 2011, at 11:00 a.m.

There is no need to exclude additional time because time already has been excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) until the hearing on June 7, 2011, for effective preparation and continuity of counsel, and 18 U.S.C.

1  §3161(h)(1)(D) for delay resulting from the preparation and filing of the pretrial motion to suppress
2  until the conclusion of the hearing.

4  DATED: 5/17/11                              ____/s/_____
                                                JOYCE LEAVITT
5                                               Assistant Federal Public Defender

6  DATED: 5/17/11                              _____/s/_____
                                                JOSHUA HILL
7                                               Assistant United States Attorney

9     I hereby attest that I have on file all holographed signatures for any signatures indicated by a
   conformed signature (/s/) within this e-filed document.

## ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant GUILLERMO VILLAVICENCIO's reply brief in support of motion to dismiss indictment may be filed no later than May 18, 2011.   The hearing on defendant's motion shall remain on June 7, 2011, at 11:00 a.m.

   SO ORDERED.

DATED: 5/24/11                                 _____Saundra B Armstrong_____
                                                HONORABLE SAUNDRA BROWN ARMSTRONG
                                                United States District Judge