1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5  JOSEPH P. AUDAL (NYBN 4786935)
   Special Assistant United States Attorney
6
       1301 Clay Street, Suite 340S
7      Oakland, CA 94612
       Telephone: (510) 637-3680
8      Fax: (510) 637-3724
       E-Mail: Joshua.Hill2@usdoj.gov
9              joseph.audal@usdoj.gov

10 Attorneys for Plaintiff

11                       UNITED STATES DISTRICT COURT
12                      NORTHERN DISTRICT OF CALIFORNIA
13                              OAKLAND DIVISION
14

15 UNITED STATES OF AMERICA,        )     No. 09-00526 SBA
16                                  )
         Plaintiff,                 )
17                                  )     **STIPULATION AND ORDER**
      v.                            )
18                                  )
   GUILLERMO VILLAVICENCIO,         )     Date:  July 19, 2011
19                                  )     Time:  11:00 a.m.
         Defendant.                 )     Court: Hon. Saundra B. Armstrong
20                                  )

21     The above-captioned matter is set on July 19, 2011 before the Honorable Saundra B.

22 Armstrong for a motion hearing. The parties jointly request that this Court continue the motion

23 hearing to July 26, 2011, at 11 a.m. The parties request this continuance because both attorneys

24 for the United States will be out of the office the week of July 18, 2011, to July 22, 2011. For

25 this reason, the parties agree that a continuance of the motion hearing is warranted. The parties

26 further stipulate and agree that the time from July 19, 2011 to July 26, 2011 should be excluded

27 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) based

28 //

STIPULATION AND PROPOSED ORDER
09-00526 SBA

upon the pendency of the defense motion.

DATED:     June 6, 2011                                    /S/
                                                    JOSHUA HILL
                                                    Assistant United States Attorney
                                                    JOSEPH P. AUDAL
                                                    Special Assistant United States Attorney

DATED:     June 6, 2011                                    /S/
                                                    JOYCE LEAVITT
                                                    Counsel for Guillermo Villavicencio

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the motion hearing in this case, currently scheduled for July 19, 2011, before the Honorable Saundra B. Armstrong is VACATED and RESET to July 26, 2011, at 11 a.m.  The time from July 19, 2011 to July 26, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) based upon the pendency of the defense motion.

IT IS SO ORDERED.

DATED: __6/13/11                                   _Saundra B Armstrong_____
                                                    HON. SAUNDRA B. ARMSTRONG
                                                    United States District Judge

STIPULATION AND PROPOSED ORDER
09-00526 SBA